AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

United States of America
v.
RUBEN GUTIERREZ ZARAZUA also known as Raymund Gutierrez-Zarazua

*Defendant(s)*

Case No. 8:26MJ447

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 3, 2026 in the county of DOUGLAS in the District of Nebraska, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. §§ 1326(a) & (b)(1) | Reentry of a Removed Alien |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

#8389 D.O.

*Complainant's signature*

Anthony P. Gayden, Deportation Officer

*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 10/7/2026

*Judge's signature*

City and state: Omaha, Nebraska

MICHAEL D. NELSON, U.S. Magistrate Judge

*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF INVESTIGATION<br>OF RUBEN GUTIERREZ-ZARAZUA also<br>known as Raymund Gutierrez-Zarazua | )<br>)<br>) | AFFIDAVIT OF Anthony P. Gayden |

Anthony P. Gayden, being first duly sworn, hereby states that:

1. Your Affiant is a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), with over sixteen (17) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2. Your Affiant was previously an Immigration Enforcement Agent within ICE that was promoted to a Deportation Officer in 2016. In that capacity your Affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3. Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. § 1357). This Affidavit is based upon your Affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

4. This affidavit is being made in support of a criminal complaint and arrest warrant charging **Ruben GUTIERREZ-Zarazua**, also known as Raymund Gutierrez-Zarazua, with violations of 8 U.S.C. § 1326(b)(1), reentry of removed aliens. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all my knowledge or investigation into this matter.

5. GUTIERREZ, came to the attention of the ICE ERO Omaha Fugitive Operations team while searching for at-large leads in the Nebraska Court system. On 9/19/2026, GUTIERREZ, was arrested for DUI in Omaha, NE. He was booked into the Douglas County Jail and released on bond. He was scheduled to appear in court in Douglas County, NE on 10/05/2026.

6. Biographic checks of GUTIERREZ's name and date of birth revealed a final removal order dated 2/06/2003 under the alias Raymund GUTIERREZ-Zarazua, dob 3/15/1976, Mexico. One prior removal from the US to Mexico was associated with GUTIERREZ, and no record of lawful immigration status was found. Criminal record checks revealed felony convictions for attempted grand theft and possession of a controlled substance. He also has a conviction for battery.

7. Based on that information, on 10/03/2026, at approximately 7:00am, ICE Deportation Officers Anthony Gayden and Nolan Darnell were performing surveillance at the last known address of GUTIERREZ, 2136 S 40th St, Omaha, NE.

8. At 7:10am, officers observed a gray 2008 Ford Ranger truck, with Nebraska license AEZ 041, departing home. GUTIERREZ is the registered owner of the vehicle. ICE officers were able to see that GUTIERREZ was the driver of the vehicle. ICE officers followed him to the intersection of 42nd Street and G Street in Omaha and performed a vehicle stop.

9. During the vehicle stop, all officers presented themselves as ICE officers and questioned the occupant as to his identity and immigration status. GUTIERREZ, freely admitted to ICE officers that he is a citizen of Mexico who is present in the US illegally. GUTIERREZ, admitted to being previously removed from the US. GUTIERREZ, had in his possession a Mexico consular ID card bearing his full name and photo.

10. Officers arrested GUTIERREZ, for being present in the US without admission, inspection or parole after a prior removal. ICE officers transported him to the ICE ERO Omaha office for processing. At the ICE office, biometric checks of his fingerprints confirmed his identity. Video of the arrest was captured on ICE officer's body worn cameras.

11. **GUTIERREZ's** fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared **GUTIERREZ**'s current fingerprint impressions to fingerprint impressions maintained in the database relating to persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed that **GUTIERREZ** had been arrested by DHS previously.

12. As a result of the positive match of fingerprints, your Affiant was able to locate a unique alien registration file (A 079 632 946) relating to **GUTIERREZ.**

13. **GUTIERREZ's**, alien registration file contains photographs, fingerprints and immigration documents identifying him as a citizen and national of Mexico who was last removed from the United States to Mexico, on 2/06/2003, pursuant to a final removal order on 2/06/2003 in Nogales, AZ.

14. A search of DHS indices failed to produce any current record of an application for lawful entry or lawful admission into the United States on behalf of **GUTIERREZ.**

15. Affiant believes there is probable cause that **GUTIERREZ**, is in violation of 8 United States Code, Section 1326(b)(1), an alien who is found in the United States after having been removed and who had departed while an order of removal was outstanding and

unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

#8389 D.O.

Anthony P. Gayden, Deportation Officer
Immigration and Customs Enforcement
Affiant

Sworn to before me by telephone or other reliable electronic means:

Date: October 7, 2026

City and State: Omaha, Nebraska

Michael D. Nelson, U.S. Magistrate Judge